**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| MATTHEW G. CREDIFORD, *Plaintiff*, v. TRAE L. TREVATHAN, JENNIFER OLIVER, and JOHN DOES 1–3, *Defendants*. | § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00119-MJT-CLS |

## ORDER OF DISMISSAL

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On October 28, 2026, Judge Stetson issued a Report and Recommendation advising dismissal of Plaintiff's case without prejudice. *See* [Dkt. 27].

Plaintiff did not object. Accordingly, the court reviews the Report and Recommendation for clear error. It finds none. The Report and Recommendation is adopted. This case is **DISMISSED** without prejudice and all pending motions are **DENIED** as moot.

**SIGNED this 14th day of November, 2026.**

Michael J. Truncale
United States District Judge